# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No. 3:20-cv-06004-SK |
| Plaintiff, | **ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |
| vs. | |
| ANTICA RESTAURANTS, LLC dba DOPO, et al.; | |
| Defendants. | |

The Stipulation to Set Aside Clerk's Entry of Default between Plaintiff Albert Dytch and Defendants John W. Wu, Zaza H. Wu, and Florence E. Trent, by and through their attorneys of record, having been considered, the Clerk's Entry of Default against defendant Defendants John W. Wu, Zaza H. Wu, and Florence E. Trent is hereby set aside.

Defendants John W. Wu, Zaza H. Wu, and Florence E. Trent shall have ten days after the date of this order to file a responsive pleading.

DATED: October 27, 2020

_____
United States Magistrate Judge