1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Albert Dytch

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | ALBERT DYTCH,                           | ) No. 3:20-cv-06004-SK |
   |                                         | ) |
12 | Plaintiff,                              | ) **STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56; [PROPOSED] ORDER** |
13 | vs.                                     | ) |
14 | ANTICA RESTAURANTS, LLC dba DOPO, et al.,| ) |
15 |                                         | ) |
16 | Defendants.                             | ) |

21     **WHEREAS,** on August 27, 2020, the Court issued a Scheduling Order for Cases
22 Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 6) ("the
23 Scheduling Order").
24     **WHEREAS,** Plaintiff Albert Dytch ("Plaintiff") and Defendants, Lynne S. Tilsen;
25 Anne En-Yi Wu; John W. Wu; Zaza H. Wu; Florence E. Trent, Trustee of the trust of Florence
26 E. Trent, dated October 30, 2000; and Shirley Tilsen, Trustee of the Family Trust of the Tilsen
27 Family Trust dated June 21, 1991 ("Defendants," and together with Plaintiff, "the Parties")
28 have a pending deadline to meet and confer on or before December 7, 2020.

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56;
[PROPOSED] ORDER

Page 1

1    **WHEREAS,** the Parties were unable to schedule a date and time, before the December 7, 2020 deadline to complete the meet and confer;

3    **NOW, THEREFORE,** it is hereby stipulated the meet and confer required under General Order 56 and this Court's Scheduling Order take place on Zoom videoconferencing by December 8, 2020 at 3:00 p.m. The Parties accordingly request an extension of the deadline to complete the meet and confer on Zoom videoconferencing to December 8, 2020.

7    **IT IS FURTHER STIPULATED** that if a settlement of the matter is not reached at the meet and confer, that Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

10   **IT IS SO STIPULATED.**

12   Dated:  November 6, 2020                    MOORE LAW FIRM, P.C.

                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff,
                                                 Albert Dytch

17   Dated:  November 6, 2020                    Law Office of Rick Morin, PC

                                                 */s/ Richard Morin*
                                                 Richard Morin
                                                 Attorney for Defendants,
                                                 Lynne S. Tilsen; Anne En-Yi Wu; John W. Wu; Zaza H. Wu; Florence E. Trent, Trustee of the trust of Florence E. Trent, dated October 30, 2000; and Shirley Tilsen, Trustee of the Family Trust of the Tilsen Family Trust dated June 21, 1991

///
///
///
///

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 2

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

>  */s/ Tanya E. Moore*
> Tanya E. Moore
> Attorney for Plaintiff,
> Albert Dytch

## **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the meet and confer required by this Court's Scheduling Order and General Order 56 shall take place on Zoom videoconferencing no later than December 8, 2020.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement of this matter at the meet and confer, Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                                                                          United States Magistrate Judge

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56; [PROPOSED] ORDER