UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH , <br><br> Plaintiff(s) <br><br> v. <br><br> ANTICA RESTAURANTS, LLC, et, <br><br> Defendant(s) | Case No. C 3:20-cv-06004-SK <br><br> NOTICE OF NEED FOR MEDIATION AND CERTIFICATION OF COUNSEL <br><br> (ADA ACCESS CASES) |

The undersigned counsel certify that the joint site inspection required by General Order No. 56 occurred on November 2, 2020. The following individuals were in attendance:

Tanya E. Moore, Esq. (Attorney for Plaintiff); Michael Bluhm (Plaintiff's CASp consultant); Bryce Fick, Esq, associate of Richard Morin, Esq. (Attorneys for Defendants Lynne S. Tilsen, Anne En-Yi Wu, John W. Wu, Zaza H. Wu, Florence E. Trent, and Shirley Tilsen); appeared in person.

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on December 8, 2020. The following individuals were in attendance:

Tanya E. Moore, Esq. (Attorney for Plaintiff); Plaintiff Albert Dytch; and Richard Morin, Esq. (Attorney for Defendants Lynne S. Tilsen, Anne En-Yi Wu, John W. Wu, Zaza H. Wu, Florence E. Trent, and Shirley Tilsen) Defendant John W. Wu (for himself and his wife Zaza Wu); Defendant Anne En-Yi Wu; Defendant Florence E. Trent; Defendant Lynne Tilsen; appeared via Zoom videoconferencing.

The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: December 9, 2020

Signed: /s/ Tanya E. Moore
            Attorney for Plaintiff(s)

Signed: /s/ Richard Morin
            Attorney for Defendant(s)

Signed: _____
            Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 01-2020*