UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ALBERT DYTCH**,

Plaintiff(s)

v.

ANTICA RESTAURANTS, LLC, et al.,

Defendant(s)

Case No. C 3:20-cv-06004-SK

NOTICE OF NEED FOR MEDIATION
AND CERTIFICATION OF COUNSEL

(ADA ACCESS CASES)

The undersigned counsel certify that the parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by General Order No. 56, paragraph 4 and that the joint site inspection required by General Order No. 56 occurred on November 2, 2020. For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:

☐ *Attached joint submission describes satisfaction of alternative agreement.*

Tanya E. Moore, Esq. (Attorney for Plaintiff); Michael Bluhm (Plaintiff's CASp consultant); Bryce Fick, Esq, associate of Richard Morin, Esq. (Attorneys for Defendants Lynne S. Tilsen, Anne En-Yi Wu, John W. Wu, Zaza H. Wu, Florence E. Trent, and Shirley Tilsen); appeared in person.

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on December 8, 2020. For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:

Tanya E. Moore, Esq. (Attorney for Plaintiff); Plaintiff Albert Dytch; and Richard Morin, Esq. (Attorney for Defendants Lynne S. Tilsen, Anne En-Yi Wu, John W. Wu, Zaza H. Wu, Florence E. Trent, and Shirley Tilsen) Defendant John W. Wu (for himself and his wife Zaza Wu); Defendant Anne En-Yi Wu; Defendant Florence E. Trent; Defendant Lynne Tilsen; appeared via Zoom videoconferencing.

The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: December 11, 2020

Signed: /s/ Tanya E. Moore
Attorney for Plaintiff(s)

Signed: /s/ Richard Morin
Attorney for Defendant(s)

Signed: _____
Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 6-2020*

Clear Form          Print Form