Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>            Plaintiff,<br><br>     vs.<br><br>ANTICA RESTAURANTS, LLC dba DOPO; LYNNE S. TILSEN; ANNE EN-YI WU; JOHN W. WU; ZAZA H. WU; FLORENCE E. TRENT, Trustee of the TRUST OF FLORENCE E. TRENT, dated October 30, 2000; SHIRLEY TILSEN, Trustee of the FAMILY TRUST OF THE TILSEN FAMILY TRUST DATED JUNE 21, 1991;<br><br>            Defendants. | No. 3:20-cv-06004-SK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Lynne S. Tilsen; Anne En-Yi Wu; John W. Wu; Zaza H. Wu; Florence E. Trent, Trustee of the trust of Florence E. Trent, dated October 30, 2000; and Shirley Tilsen, Trustee of the Family Trust of the Tilsen Family Trust dated June 21, 1991, the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear his or its own attorneys' fees, expert fees, and costs.

Dated: March 24, 2021                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Albert Dytch

Dated: March 24, 2021                Law Office of Rick Morin, PC

                                     */s/ Richard Morin*
                                     Richard Morin
                                     Attorney for Defendants,
                                     Lynne S. Tilsen; Anne En-Yi Wu; John W. Wu; Zaza H. Wu; Florence E. Trent, Trustee of the trust of Florence E. Trent, dated October 30, 2000; and Shirley Tilsen, Trustee of the Family Trust of the Tilsen Family Trust dated June 21, 1991

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Albert Dytch